IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MOHAMMEDOU OULD SLAHI**
Guantanamo Bay Naval Station, Cuba

        Plaintiff,

        v.                                Civil Action No. 1:07cv02239 (JR)

**U.S. DEPARTMENT OF DEFENSE**
Washington, DC,

        Defendant.

## MOTION TO ADMIT CO-COUNSEL

Plaintiff's undersigned counsel, a member of the Bar of this Court, respectfully requests consideration of Theresa M. Duncan's <u>Motion By Attorney Providing Representation Without Compensation to be Admitted to Practice Before the District Court of the District of Columbia Pro Hac Vice</u>, to serve as co-counsel in this case. Ms. Duncan's Motion and a proposed Order are submitted herewith.

                                                          Respectfully submitted,

Dated: January 17, 2008

                                                          Sylvia Royce, *pro bono*
                                                          DC Bar 924035
                                                          5505 Connecticut Avenue, NW #340
                                                          Washington, DC  20015
                                                          Tel: (202) 362-3445
                                                          Fax: (202) 686-4271
                                                          sylvia_royce@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMEDOU OULD SLAHI**<br>Guantánamo Bay Naval Station, Cuba<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL BUREAU OF**<br>**INVESTIGATION,** Washington, DC,<br><br>Defendant. | Civil Action No. 1:07 CV 02239 (JR) |

**MOTION BY ATTORNEY PROVIDING REPRESENTATION WITHOUT COMPENSATION TO BE ADMITTED TO PRACTICE BEFORE THE DISTRICT COURT OF THE DISTRICT OF COLUMBIA PRO HAC VICE**

I, THERESA M. DUNCAN, of FREEDMAN BOYD HOLLANDER GOLDBERG & IVES P.A., 20 First Plaza, Suite 700, Albuquerque, New Mexico 87102, (505) 842-9960, hereby apply for permission to appear before the Court in the above-entitled action as pro bono counsel for Plaintiff Mohamedou Ould Slahi. Mohamedou Ould Slahi has filed a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.,* in the referenced matter. In support of this application, I state under penalty of perjury that the following is true and correct:

1. I was admitted to the New Mexico State Bar on October 3, 2000. I have been admitted to appear before the United States District Courts for the Districts of New Mexico and the Northern District of Texas, the Courts of Appeals for the District of Columbia and the Tenth Circuit, the United States Supreme Court, as well as all courts of the State of New Mexico.

2. A Certificate from the Supreme Court of the State of New Mexico, attached hereto, verifies that I am a member in good standing and not presently under either administrative or

disciplinary suspension, and that no disciplinary action involving professional misconduct has been taken against my law license. Further, I aver that I have never been held in contempt by any court, nor have I ever been publicly reprimanded, censured, or disbarred by any court.

3. I am a graduate of the University of New Mexico School of Law and have practiced criminal law in both state and federal courts, at the trial and appellate levels, since my admission to the New Mexico Bar. My practice also includes representation in forfeiture and civil rights cases. I have served as a member of the New Mexico Supreme Court Rules of Evidence Committee.

4. I have been admitted *pro hac vice* in this Court three times in the last two years.

5. I am familiar with the Judicial Code (Title 28 U.S.C.) pertaining to practice in the district courts, and with the Federal Rules of Civil and Criminal Procedure. I am familiarizing myself with the Local Rules of this Court and will confer with local counsel, Sylvia Royce, regarding the particulars of practice in this district. I will faithfully adhere to the Rules of Professional Conduct applicable to this Court and conduct myself in accordance with the D.C. Bar's Voluntary Standards for Civility.

6. I do not have an office in the District of Columbia.

7. Pursuant to L. Cv. R. 83.2(g), I certify that I am representing Plaintiff without compensation.

8. Elizabeth Shapiro of the United States Department of Justice has no objection to my appearing in this Court on this matter.

Based upon this motion, I respectfully urge the Court to allow me to represent Mohamedou Ould Slahi in the above-captioned action.

Executed this 7th day of January 2008, in the City of Albuquerque, County of Bernalillo, State of New Mexico.

Respectfully submitted,

FREEDMAN BOYD HOLLANDER
GOLDBERG & IVES P.A.

_____
Theresa M. Duncan
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
(505) 842-9960
(505) 842-0761 (Facsimile)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was emailed on this 10th day of January 2008 to:

Elizabeth J. Shapiro
U.S. Dept. of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(202) 514-5302
elizabeth.shapiro@usdoj.gov

_____
Theresa M. Duncan

3



IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
                    } ss.
SUPREME COURT       }

I, KATHLEEN JO GIBSON, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that **THERESA DUNCAN** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on _____October 3, 2000_____, and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues; has complied with Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this ___19th___ day of ___December, 2007___.

*Kathleen Jo Gibson*
Chief Clerk of the Supreme Court
of the State of New Mexico