IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MOHAMEDOU OULD SLAHI** )
Guantánamo Bay Naval Station, Cuba )
)                Civil Action No. 1:07-cv-2239 (JR)
    Plaintiff, )
)
v. )
)
**FEDERAL BUREAU OF** )
**INVESTIGATION**, Washington, D.C., )
)
    Defendant. )

**[PROPOSED] ORDER
ON MOTION TO BE ADMITTED TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF COLUMBIA**

Upon consideration of Plaintiff Mohamedou Ould Slahi's Motion for the *pro hac vice* appearance of Nancy Hollander, it is

**ORDERED** that leave to appear *pro hac vice* will be granted.

_____        _____
**Date**                       **James Robertson**
                               **United States District Judge**