# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MOHAMEDOU OULD SLAHI,                :
                                     :
      Plaintiff,                 :
                                     :
  v.                                 :  Civil Action No. 07-2239 (JR)
                                     :
FEDERAL BUREAU OF INVESTIGATION,     :
                                     :
      Defendant.                 :

### ORDER

Upon consideration of plaintiff's motions for the *pro hac vice* appearances of Theresa M. Duncan [6] and Nancy Holldaner [8], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                             JAMES ROBERTSON
                               United States District Judge