IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMEDOU OULD SLAHI** )<br>Guantánamo Bay Naval Station, Cuba )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF** )<br>**INVESTIGATION,** Washington, DC, )<br>)<br>Defendant. ) | Civil Action No. 1:07 CV 02239 (JR) |

### NOTICE OF FULFILLMENT OF CONDITIONS FOR
### LEAVE TO APPEAR PRO HAC VICE

Nancy Hollander and Theresa Duncan, counsel for Plaintiff Mohamedou Ould Slahi, hereby state the following in response to this Court's Order granting them leave to appear *pro hac vice* upon the satisfaction of certain conditions:

1. Several members and employees of the firm Freedman Boyd Hollander Goldberg & Ives, P.A. have undergone CM/ECF training in the past.

2. Both Ms. Hollander and Ms. Duncan have previously obtained CM/ECF usernames and passwords and have filed papers electronically in the District Court for the District of Columbia in other cases.

3. Both Ms. Hollander and Ms. Duncan agree to file papers electronically.

Executed this 25th day of January 2008, in the City of Albuquerque, County of Bernalillo, State of New Mexico.

Respectfully submitted,

FREEDMAN BOYD HOLLANDER
GOLDBERG & IVES P.A.

_____
Nancy Hollander
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
(505) 842-9960
(505) 842-0761 (Facsimile)

_____
Theresa M. Duncan
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
(505) 842-9960
(505) 842-0761 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was emailed on this 25th day of January 2008 to:

Elizabeth J. Shapiro
U.S. Dept. of Justice
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(202) 514-5302
elizabeth.shapiro@usdoj.gov

_____
Theresa M. Duncan