IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMEDOU OULD SLAHI,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF INVESTIGATION,** )<br>)<br>**Defendant.** )<br>)<br>_____ ) | Civil Action No. 1:07-cv-02239 |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Marcia K. Sowles, U.S. Department of Justice, at the address and telephone number listed below, hereby enters her appearance as counsel for the defendants in this case.

    Respectfully Submitted,

    JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney

    ELIZABETH J. SHAPIRO
    Assistant Branch Director

    s/Marcia K. Sowles
    MARCIA K. SOWLES, DC Bar No. 369455
    Senior Counsel
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue N.W.  Room 7108
    Washington, D.C.  20530
    Tel.: (202) 514- 4960

Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant