UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SLAHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0597 (JR) |
| U.S. DEPARTMENT OF DEFENSE, | : |
| Defendant. | : |
| MOHAMMEDOU OULD SLAHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-2239 (JR) |
| FEDERAL BUREAU OF INVESTIGATION, | : |
| Defendant. | : |
| MOHAMMEDOU OULD SLAHI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-1082 (JR) |
| U.S. DEPARTMENT OF DEFENSE, | : |
| Defendant. | : |

**ORDER**

These three cases, all Freedom of Information Act cases, were all filed by the same attorneys on behalf of the same Guantanamo Bay detainee, all seeking the kind of information that would be contained in a factual return in habeas corpus. Indeed, all of these cases were filed after petitioner sued for a writ of habeas corpus in No. 05-0569, and all were filed before the Supreme Court ruled, in the Boumediene case, that the petitioner

would have a constitutional right to have his habeas petition heard in district court.

Petitioner's habeas case now been consolidated with 203 other petitions that are before Judge Hogan in No. 08mc0442. It is my understanding that a factual return has been filed with respect to Slahi's habeas petition, but that the government may move to amend the factual returns, and that it will do so on a rolling basis of at least 50 per month, giving priority to the petitions filed first, beginning August 29, 2008. Slahi's appears to be the 54th petition filed.

The government has recently filed an extensive motion for summary judgment with respect to part of plaintiff's request in No. 06-0597, but has also moved for an extension of time regarding the production of documents from the United States Southern Command, meaning Guantanamo Bay. Because it appears that plaintiff's entire FOIA litigation strategy was formulated to deal with the pre-<u>Boumediene</u> world, now that that world has been pre-empted by the process put into place by Judge Hogan, it is by the Court *sua sponte* **ORDERED** that 07cv2239 and 08cv1082 are consolidated with 06cv0597. It is

**FURTHER ORDERED** that the Clerk's Office close 07cv2239 and 08cv1082 and transfer whichever parties are not the same to 06cv0597. It is

**FURTHER ORDERED** that all filings with this Court **shall be filed only** in 06cv0597.  And it is

**FURTHER ORDERED** that all proceedings in 06cv0597 are **stayed** pending further order of the Court.


                              JAMES ROBERTSON
                         United States District Judge